**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATIE RENEY SHIPLEY,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No.: 1:26-cv-00945-EPG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended thirty-five (3) days from August 5, 2026, up to and including September 9, 2026. This is the Defendant's first request for an extension on the deadline to file his Motion for Summary Judgment.

After being recently assigned this case, Counsel for Defendant respectfully requests this extension in order to adequately evaluate the issues presented. Counsel requests a 35-day extension due her heavy caseload. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the inconvenience.

Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on September 9, 2026. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

///

Respectfully submitted,

Dated: August 4, 2026

ERIC GRANT
United States Attorney

By /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: August 5, 2026

PENA AND BROMBERG, PC

By /s/ *Jonathan Omar Pena**
(*as authorized via e-mail on August 5, 2026)
JONATHAN OMAR PENA
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including September 9, 2026, to file his Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: **August 5, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE