**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KATIE RENEY SHIPLEY,<br>Plaintiff,<br>vs.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | Case No.: 1:26-cv-00945-EPG<br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME<br>(ECF No. 19) |

Pending the Court's approval, the time for Defendant to file her Motion for Summary Judgment is extended two (2) days from September 9, 2026, up to and including September 11, 2026. This is the Defendant's second request for an extension on the deadline to file his Motion for Summary Judgment.

Counsel for Defendant regretfully requests this short extension after discovering that Counsel had made a calendaring error in this case. Counsel acted promptly to remedy this error as soon as it was discovered. Defendant appreciates Plaintiff's counsel's professional courtesy and apologizes to the Court for the oversight.

Accordingly, the parties hereby stipulate that Defendant's Motion for Summary Judgment be due on September 11, 2026. The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 9, 2026

ERIC GRANT
United States Attorney

By /s/ *Marla K. Letellier*
MARLA K. LETELLIER
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: September 9, 2026

PENA AND BROMBERG, PC

By /s/ *Jonathan Omar Pena**
(*as authorized via e-mail on September 9, 2026)
JONATHAN OMAR PENA
Attorney for Plaintiff

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including September 11, 2026, to file his Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: **September 10, 2026**

/s/ Eric P. Grosjean
UNITED STATES MAGISTRATE JUDGE